AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Thomas W. Sikes
*Plaintiff(s)*

v.   Civil Action No. CV316-074

United States Department of the Navy
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Paul L. Oostburg Sanz, General Counsel
Department of the Navy
2000 Navy Pentagon
Washington DC 20350

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Sikes, pro se
P.O. Box 100
Cadwell GA 31009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
SCOTT L. POFF, CLERK

Date: 11-28-2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Thomas W. Sikes
*Plaintiff(s)*

v.                                    Civil Action No. CV316-074

United States Department of the Navy
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Civil Process Clerk
Office of U.S. Attorney Edward J. Tarver
22 Barnard Street, Suite 300
Savannah GA 31401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Sikes, pro se
P.O. Box 100
Cadwell GA 31009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  SCOTT L. POFF, CLERK

Date: 11-28-2016

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Thomas W. Sikes
*Plaintiff(s)*

v.   Civil Action No. CV316-074

United States Department of the Navy
*Defendant(s)*

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Loretta Lynch, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, N.W.
Washington D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Thomas W. Sikes, pro se
P.O. Box 100
Cadwell GA 31009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT SCOTT L. POFF, CLERK

Date: 11-28-2016

*Signature of Clerk or Deputy Clerk*